B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District Of Georgia

In re: Dorothy Pauline Anderson,                                    Case No. 16-60623-bem

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bank of America, N.A. | Bank of America, NA, Successor to Merrill Lynch Cr c/o PHH Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank of America, N.A.
P.O. BOX 31785
Tampa, FL 33631-3785

Court Claim # (if known): 5-1
Amount of Claim: $88414.42
Date Claim Filed: 7/28/2016

Phone: 1-800-669-6607
Last Four Digits of Acct #: 9088

Phone:
Last Four Digits of Acct. #: 2803

Name and Address where transferee payments should be sent (if different from above):

Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

Phone: 1-800-669-6607
Last Four Digits of Acct #: 9088

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Abbey Ulsh Dreher                                    Date: 12/28/2016
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.